UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Jason Pruitt, | : |
| | : Civil Action No.: 4:19-cv-00053-ALM |
| Plaintiff, | : |
| v. | : |
| Virtuoso Sourcing Group, LLC, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Jason Pruitt | Virtuoso Sourcing Group, LLC |
|---|---|
| ___/s/ Jody B. Burton_____ | _/s/ Robbie Malone_____ |
| Jody B. Burton, Esq. | Robbie Malone, Esq. |
| CT Bar No. 422773 | Xerxes Martin, Esq. |
| LEMBERG LAW, L.L.C. | MALONE AKERLY MARTIN PLLC |
| 43 Danbury Road, 3rd Floor | Northpark Central, Suite 1850 |
| Wilton, CT 06897 | 8750 North Central Expressway |
| Telephone: (203) 653-2250 | Dallas, Texas 75231 |
| Facsimile: (203) 653-3424 | Tel: (214) 346-2630 |
| jburton@lemberglaw.com | Fax: (214) 346-2631 |
| Attorney for Plaintiff | rmalone@mamlaw.com |
| | xmartin@mamlaw.com |
| | *Attorneys for Defendant* |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 20, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/ Jody B. Burton_____
                  Jody B. Burton