UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Jason Pruitt,<br><br>   Plaintiff,<br>v.<br>Virtuoso Sourcing Group, LLC,<br>   Defendant. | :<br>:<br>:<br>:<br>: Civil Action No.: 4:19-cv-00053-ALM<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER GRANTING STIPULATION OF DISMISSAL**

 Having reviewed the Plaintiff's Stipulation of Dismissal and for good cause shown, it is hereby ORDERED this case be dismissed with prejudice.

 All relief not previously granted is hereby denied.

 The Clerk is directed to close this civil action.

 **IT IS SO ORDERED.**

 **SIGNED this 30th day of December, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE